```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

WAYNE ABRAHAMSON, BERGMAN        )
BROTHERS, and WAYNE CARLSON,     )
                                 )
            Plaintiffs,          )          4:05CV3039
                                 )
     v.                          )
                                 )
FIRST NATIONAL BANK OF           )          MEMORANDUM AND ORDER
HOLDREGE, KENNETH SLOMINSKY,     )
ERIC TITUS, RONALD STERR, TIM    )
WIEBE, JEANETTE HARDEN, KIRK     )
RILEY, MARK UTTER, and           )
DOUGLAS SCOTT LATTER,            )
                                 )
            Defendants.          )
                                 )
```

The plaintiffs have demanded North Platte as the place of trial for this case. Filing 13. The defendants oppose that demand and request Lincoln as the place of trial. For the reasons discussed herein, I conclude this case should be tried in Lincoln, Nebraska.

Numerous affidavits were filed as evidence for consideration on the place of trial issue. Some were signed and notarized; others were not. Under the administrative procedures of this court, the signature on electronically filed affidavits of counsel registered on this court's Electronic Case Filing (ECF) system need not be notarized. An "s/" signature is sufficient. However, an "s/" signature cannot replace an actual notarized signature for electronically filed non-attorney affidavits. Administrative Procedures (Civil Cases) II(C). Accordingly, in determining the place of trial for this case, notarized affidavits and affidavits of registered counsel signed with an "s/" were considered. All other affidavits were disregarded, as were conclusory statements such as "North Platte Nebraska is a

more convenient location than Lincoln, Nebraska for litigants, witnesses and Plaintiff's counsel." Filing 19, p. 2 ¶ 8.

The plaintiffs Bergman Brothers and Wayne Carlson are residents of Phelps County, Nebraska and plaintiff Abramson resides in Texas. The plaintiffs' counsel maintain offices in Gothenburg, Nebraska which is 35 miles from North Platte and 200 miles from Lincoln. Filing 19, p. 1 ¶¶ 4 & 6; filing 30, exs. A & B (Affidavits of Potter and Vinton).

The principal place of business for the defendant First National Bank-Holdrege is located in Holdrege, Phelps County, Nebraska, several of the individual defendants reside in Holdrege, and the majority of the plaintiffs' witnesses are located in Phelps County, Nebraska. Holdrege, Phelps County, Nebraska, is approximately 90 miles from North Platte and 170 miles from Lincoln. Filing 19, pp. 1-2 ¶¶ 4, 5 & 7.

Defendant Hardin resides in Hastings, Nebraska, which is 107 miles from Lincoln and 152 miles from North Platte. Filing 28, ex. B (Affidavit of Jeanette Harden DeWalt). Defendant Utter lives in Sioux City, Iowa, which is 153 miles from Lincoln and 370 miles from North Platte. Filing 28, ex. C (Affidavit of Utter). Counsel for defendants Sterr and Wiebe reside in Topeka, Kansas. In terms of travel time, for these attorneys, Lincoln is three hours closer. Filing 28, ex. A (Affidavit of Schultz). Counsel for the defendant bank is located in Omaha, Nebraska. The court takes judicial notice of the fact that Omaha is 60 miles from Lincoln and 280 miles from North Platte.

Although none of the parties, witnesses, or counsel resides in Lincoln, the trial judge assigned to this case does and, when

the interests of all witnesses, parties, and counsel are considered, Lincoln is a more central location for this case than North Platte.

    IT THEREFORE HEREBY IS ORDERED:  Plaintiffs' demand for North Platte as the place of trial, filing 13, is denied.  The place of trial for this case is Lincoln, Nebraska.

    DATED this 18th day of May, 2005.

                       BY THE COURT:

                         s/ *David L. Piester*
                         David L. Piester
                         United States Magistrate Judge