```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

WAYNE ABRAHAMSON, BERGMAN       )
BROTHERS and WAYNE CARLSON,     )
                                )
                Plaintiffs,     )         4:05CV3039
                                )
       v.                       )
                                )
FIRST NATIONAL BANK OF          )         ORDER
HOLDREGE, KENNETH SLOMINSKY,    )
ERIC TITUS, RONALD STERR, TIM   )
WIEBE, JEANETTE HARDEN, KIRK    )
RILEY, MARK UTTER and DOUGLAS   )
SCOTT LATTER,                   )
                                )
                Defendants.     )
                                )
```

     IT IS ORDERED:

     Plaintiff's motion for time, filing 35, is granted and the deadline for plaintiff to file an amended complaint is extended to July 15, 2005.

     DATED June 30, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge